**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000202
10-JUL-2025
07:54 AM
Dkt. 22 ODSLJ**

NO. CAAP-25-0000202

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KONA WONG, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LĪHUʻE DIVISION
(CASE NOS. 5DCW-25-0000013; 5DCW-25-0000014;
5DCW-25-0000015; and 5DCW-25-0000019)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that self-represented Defendant-Appellant Kona Wong appeals from the "Order[s] Denying Defendant's Motion to Quash" (collectively, **Denial Orders**) entered March 19, 2025 by the District Court of the Fifth Circuit in case numbers 5DCW-25-0000013, 5DCW-25-0000014, 5DCW-25-0000015, and 5DCW-25-0000019. The court lacks appellate jurisdiction because the Denial Orders are not final decisions or judgments, Hawaii Revised Statutes § 641-12 (2016), there is "no statutory warrant for interlocutory appeals in criminal cases from district courts," State v. Valiani, 57 Haw. 133, 135, 552 P.2d 75, 76 (1976), and the Denial Orders do not deny motions to dismiss raised on double jeopardy grounds, cf. State v. Baranco, 77 Hawaiʻi 351, 884 P.2d 729 (1994).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, July 10, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge